UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RAICES, INC.,** | |
| Plaintiff, | |
| v. | Civil Action No. 15-1318 (JEB) |
| **U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,** | |
| Defendant. | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendant U.S. Immigration and Customs Enforcement ("Defendant"), a component agency of the U.S. Department of Homeland Security, by and through undersigned counsel, moves for summary judgment on all claims in the Complaint filed by Plaintiff Refugee and Immigrant Center for Education and Legal Services ("Plaintiff"). As demonstrated by Defendant's *Statement of Material Facts Not in Genuine Dispute* and its *Memorandum of Points and Authorities*, Defendant is entitled to judgment in its favor because no genuine issue of material fact exists to dispute that Defendant has satisfied its obligations under the Freedom of Information Act, 5 U.S.C. § 552, in response to Plaintiff's request for information.

Dated: June 29, 2016　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　CHANNING D. PHILLIPS, D.C. Bar No. 415793
　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　DANIEL F. VANHORN, D.C. Bar No. 924092
　　　　　　　　　　　　　　　Chief, Civil Division

　　　　　　　　　　　　By: /s/ *April Denise Seabrook*
　　　　　　　　　　　　　　　APRIL DENISE SEABROOK, D.C. Bar No. 993730
　　　　　　　　　　　　　　　Assistant United Defendants Attorney

　　　　　　　　　　　　　　　 COUNSEL FOR DEFENDANT